JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPESTRY, INC., a Maryland Corporation; COACH SERVICES, INC, a Maryland Corporation; and COACH IP HOLDINGS LLC, a Delaware Limited Liability Company<br><br>Plaintiffs,<br><br>v.<br><br>HYE E-COMMERCE USA, INC., a California Corporation; and DOES 1-10, inclusive<br><br>Defendants. | CASE NO. 2:21-cv-07449-JFW-SKx<br><br>**JUDGMENT** |

The Court having granted the Application of Default Judgment of Plaintiffs Tapestry, Inc., Coach Services, Inc., and Coach IP Holdings LLC (collectively, "Plaintiffs") against Defendant Hye E-Commerce USA, Inc.,

**IT IS HEREBY ORDERED** that Judgment be entered in favor of Plaintiffs in the amount of $305,116.00 against Defendant Hye E-Commerce USA, Inc.

IT IS FURTHER ORDERED that Defendant Hye E-Commerce USA, Inc., including officers, agents, servants, and employees or others acting at the direction of Defendant Hye E-Commerce USA, Inc. are permanently restrained and enjoined from using the Coach Trademarks as shown in the Complaint and reproduced in the following **Exhibit TM**, and from unfairly competing with Plaintiffs. Prohibited Acts include, but are not limited to:

(1)  Manufacturing, advertising, marketing, promoting, supplying, offering for sale, and/or selling products that bear unauthorized reproductions of any Coach Trademark, or any marks identical, substantially similar, and/or confusingly similar to any Coach Trademark;

(2)  Using any Coach Trademark in any reproduction, counterfeit, copy, or colorable imitation of a Couch® product;

(3)  Passing off, inducing, or enabling others to sell or pass off any reproduction, counterfeit, copy, or colorable imitation of a Coach® product as an authentic Coach® product;

(4)  Representing that Defendant Hye E-Commerce USA, Inc. is licensed, authorized, or sponsored by Plaintiffs with respect to any product bearing one or more unauthorized reproductions of any Coach Trademark; and

(5)  Assisting, aiding, or attempting to help other individuals or entities to infringe any Coach Trademark or to perform any of the prohibited activities set forth above.

**IT IS SO ORDERED.**

Dated: December 14, 2021

Honorable John F. Walter
United States District Court Judge

# EXHIBIT TM

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,088,706 | COACH | 6, 9, 16, 18, 20 and 25 for *inter alia* key fobs, eyeglass cases, cellular phone cases, satchels, tags for luggage, luggage, backpacks, picture frames, hats, gloves and caps. | August 19, 1997 | |
| 3,157,972 | COACH | 35 for retail store services. | October 17, 2006 | |
| 0,751,493 | COACH | 14 for leather goods, namely, utility kits, portfolios, key cases, comb cases, pass cases, money clips, billfolds, wallets, pocket secretaries, stud cases, jewel cases, and leather book covers. | June 25, 1963 | |
| 2,451,168 | COACH | 9 for eyeglasses. | May 15, 2001 | |
| 4,105,689 | COACH | 9 for sunglasses. | February 28, 2012 | |
| 2,537,004 | COACH | 24 for *inter alia* home furnishings. | February 5, 2002 | |
| 1,846,801 | COACH | 25 for *inter alia* men's and women's coats and jackets. | July 26, 1994 | |
| 3,439,871 | COACH | 18 for *inter alia* umbrellas. | June 3, 2008 | |
| 2,231,001 | COACH | 25 for *inter alia* clothing for men, women and children namely, coats, jackets, overcoats, raincoats, shirts, vests, scarves, shoes and belts. | March 9, 1999 | |
| 3,354,448 | COACH | 14 for *inter alia* jewelry. | December 11, 2007 | |
| 2,446,607 | COACH | 16 for *inter alia* writing instruments. | April 24, 2001 | |

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,291,341 | COACH | 14 for *inter alia* clocks and watches. | November 9, 1999 | |
| 1,071,000 | COACH | 18, 25 for *inter alia* women's handbags, carry-on luggage, and men's and women's belts. | August 9, 1977 | |
| 3,633,302 | COACH | 3 for *inter alia* perfumes, lotions and body sprays. | June 2, 2009 | |
| 2,534,429 | COACH & LOZENGE DESIGN | 9 for *inter alia* eyeglasses, eyeglass frames and sunglasses. | January 29, 2002 | |
| 2,252,847 | COACH & LOZENGE DESIGN | 35 for retail services. | June 15, 1999 | |
| 2,291,368 | COACH & LOZENGE DESIGN | 14 for *inter alia* watches. | November 9, 1999 | |
| 2,534,429 | COACH & LOZENGE DESIGN | 9 for *inter alia* eyeglasses, eyeglass frames and sunglasses. | January 29, 2002 | |
| 2,169,808 | COACH & LOZENGE DESIGN | 25 for *inter alia* clothing for men and women, namely, coats, jackets, scarves, shoes, and belts. | June 30, 1998 | |
| 2,035,056 | COACH & LOZENGE DESIGN | 3, 21 for *inter alia* leather cleaning products and shoe brushes. | February 4, 1997 | |
| 2,626,565 | CC & DESIGN (Signature C) | 18 for *inter alia* handbags, purses, clutches, shoulder bags, tote bags, and wallets. | September 24, 2002 | |
| 2,822,318 | CC & DESIGN (Signature C) | 24 for *inter alia* fabric for use in the manufacture of clothing, shoes, handbags, and luggage. | March 16, 2004 | |
| 2,832,589 | CC & DESIGN (Signature C) | 6, 9, 14, 18, for *inter alia* sunglasses and eye glass cases, leather goods, metal key fobs, leather key fobs jewelry, watches, umbrellas. | April 13, 2004 | |

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| 2,592,963 | CC & DESIGN (Signature C) | 25 for *inter alia* clothing namely, scarves, belts, gloves, hats, shoes, coats, jackets. | July 9, 2002 | |
| 2,822,629 | CC & DESIGN (Signature C) | 35 for retail services. | March 16, 2004 | |
| 3,396,554 | AMENDED CC & DESIGN (Signature C) | 3 for *inter alia* fragrances. | March 11, 2008 | |
| 3,149,330 | C & LOZENGE LOGO | 14 for watches. | September 26, 2006 | |
| 2,162,303 | COACH & TAG DESIGN | 25 for belts. | June 2, 1998 | |
| 4,744,715 | COACH NEW YORK & DESIGN | 18 for *inter alia* handbags, small leather goods, luggage, umbrellas | May 26, 2015 | |
| 4,744,718 | COACH NEW YORK & DESIGN | 25 for *inter alia* clothing, coats, belts, gloves, shoes | May 26, 2015 | |
| 4,744,719 | COACH NEW YORK & DESIGN | 3 for fragrances, leather cleaners and moisturizers | May 26, 2015 | |
| 4,744,720 | COACH NEW YORK & DESIGN | 9 for sunglasses, eyewear, cell phone cases, tablet covers and cases | May 26, 2015 | |
| 4,744,721 | COACH NEW YORK & DESIGN | 14 for jewelry and watches | May 26, 2015 | |
| 4,744,722 | COACH NEW YORK & DESIGN | 20 for *inter alia* key fobs and key rings not of metal | May 26, 2015 | |
| 4,814,094 | COACH NEW YORK & Design | 18 for handbags; purses; tote bags; clutch purses; wristlet bags; shoulder bags; messenger bags; duffle | September 15, 2015 | |

| Registration No. | Mark | Classes | Date of Registration | Image |
|---|---|---|---|---|
| | | bags; backpacks; briefcases; travel bags; luggage; garment bags for travel; bags for carrying babies' accessories; cosmetic cases sold empty; and toiletry cases sold empty. | | |
| 4,754,870 | COACH NEW YORK | 3, 6 for fragrances; key fobs of common metal; and metal rings and chains for keys. | June 16, 2015 | COACH NEW YORK |
| 5,004,497 | COACH 1941 | 18, 25 for *inter alia* handbags, small leather goods, jackets, clothing, coats and shoes. | July 19, 2016 | COACH 1941 |
| 5,045,622 | HANGTAG SHAPE DESIGN | 18 for *inter alia* briefcases, handbags, satchels, tote bags, duffle bags, cosmetic bags, wallets, luggage. | September 20, 2016 | |